**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 15-cv-01694-CMA-CBS

PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation,

     Plaintiff,

v.

A FIVE STAR LIMOUSINE, INC., a Colorado corporation,
A FIVE STAR LIMOUSINE, LLC, a Colorado limited liability company, and
WYATT OERMAN,

     Defendants.

---

**ORDER OF DISMISSAL**

---

     Pursuant to and in accordance with Federal Rule of Civil Procedure 41(a)(1) and

Philadelphia Indemnity Insurance Company's Notice of Dismissal (Doc. # 15), it is

hereby

     ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay

its own attorney fees and costs.


DATED: October 26, 2015         BY THE COURT:

                         _____
                         CHRISTINE M. ARGUELLO
                         United States District Judge